**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| KENNEDY MEDICAL SERVICE CORPORATION | § | Case No. 14-13409 |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/10/2014 . The undersigned trustee was appointed on 04/10/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 42,374.57

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 208.93 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 42,165.64 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/22/2015 and the deadline for filing governmental claims was 10/07/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,987.46 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,987.46 , for a total compensation of $ 4,987.46 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/13/2016 By:/s/Miriam R. Stein
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No: 14-13409 DLT Judge: Deborah L. Thorne
Case Name: KENNEDY MEDICAL SERVICE CORPORATION

For Period Ending: 04/13/2016

Trustee Name: Miriam R. Stein
Date Filed (f) or Converted (c): 04/10/2014 (f)
341(a) Meeting Date: 06/02/2014
Claims Bar Date: 10/22/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - CHASE BANK | 1,916.00 | 1,916.00 | | 42,374.57 | FA |
| 2. BOOKS | 750.00 | 750.00 | | 0.00 | FA |
| 3. USED CLOTHING | 200.00 | 200.00 | | 0.00 | FA |
| 4. MEDICARE PAYMENTS | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 5. MEDICAL LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTER | 600.00 | 600.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $12,466.00 | $12,466.00 | | $42,374.57 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE WAS WAITING ON POTENTIAL ADDITIONAL RECOVERY OF HEALTH INSURANCE REIMBURSEMENT CHECKS. AT THIS TIME, NONE APPEAR TO BE DUE. TRUSTEE NEGOTIATED AGREED CLAIM WITH THE GOVERNMENT RELATING TO THEIR SECURED CLAIM. CLAIM APPROVED ON FEBRUARY 16, 2016. TRUSTEE IS REVIEWING CLAIMS AND WILL PREPARE A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 05/31/2016 Current Projected Date of Final Report (TFR): 05/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-13409
Case Name: KENNEDY MEDICAL SERVICE CORPORATION

Taxpayer ID No: XX-XXX7049
For Period Ending: 04/13/2016

Trustee Name: Miriam R. Stein
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8689
Checking
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/20/15 | 1 | Kennedy Medical Service Corp. 175 E. Delaware Place, Suite 5024 Chicago, IL 60611 | Debtor's Funds on Account | 1129-000 | $42,374.57 | | $42,374.57 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.35 | $42,352.22 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.95 | $42,289.27 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.85 | $42,228.42 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.78 | $42,165.64 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $42,374.57 | $208.93 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $42,374.57 | $208.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $42,374.57 | $208.93 |



Page Subtotals: $42,374.57 $208.93

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8689 - Checking | $42,374.57 | $208.93 | $42,165.64 |
| | $42,374.57 | $208.93 | $42,165.64 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $42,374.57 |
| Total Gross Receipts: | $42,374.57 |



Page Subtotals: $0.00 $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-13409

Date: April 13, 2016

Debtor Name: KENNEDY MEDICAL SERVICE CORPORATION

Claims Bar Date: 10/22/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $4,987.46 | $4,987.46 |
| 100<br>3210 | LAW OFFICES OF WILLIAM J. FACTOR<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative | First and Final Fee Application | $0.00 | $4,100.00 | $4,100.00 |
| 100<br>3220 | LAW OFFICES OF WILLIAM J. FACTOR<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative | First and Final Fee Application | $0.00 | $260.00 | $260.00 |
| 1<br>300<br>7100 | EXPERICS, LLC<br>290 OLD DIXIE HIGHWAY<br>VERO BEACH, FLORIDA 32962 | Unsecured | | $0.00 | $2,835.23 | $2,835.23 |
| 2<br>300<br>7100 | CENTERS FOR MEDICARE & MEDICAID SERVICES<br>150 S. INDEPENDENCE MALL WEST<br>SUITE 216-PLB<br>PHILADELPHIA, PA 19106 | Unsecured | | $0.00 | $562,203.70 | $562,203.70 |
| | Case Totals | | | $0.00 | $574,386.39 | $574,386.39 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-13409
Case Name: KENNEDY MEDICAL SERVICE CORPORATION
Trustee Name: Miriam R. Stein

Balance on hand $ 42,165.64

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 4,987.46 | $ 0.00 | $ 4,987.46 |
| Attorney for Trustee Fees: LAW OFFICES OF WILLIAM J. FACTOR | $ 4,100.00 | $ 0.00 | $ 4,100.00 |
| Attorney for Trustee Expenses: LAW OFFICES OF WILLIAM J. FACTOR | $ 260.00 | $ 0.00 | $ 260.00 |

Total to be paid for chapter 7 administrative expenses $ 9,347.46

Remaining Balance $ 32,818.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 565,038.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | EXPERICS, LLC | $ 2,835.23 | $ 0.00 | $ 164.67 |
| 2 | CENTERS FOR MEDICARE & MEDICAID SERVICES | $ 562,203.70 | $ 0.00 | $ 32,653.51 |

Total to be paid to timely general unsecured creditors $ 32,818.18

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE