UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| KENNEDY MEDICAL SERVICE CORPORATION | § § § § | Case No. 14-13409 |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,550.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 32,818.18 | Claims Discharged Without Payment: 1,901,746.75 |
| Total Expenses of Administration: 9,556.39 | |

3) Total gross receipts of $ 42,374.57  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 42,374.57  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,556.39 | 9,556.39 | 9,556.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,369,567.00 | 565,038.93 | 565,038.93 | 32,818.18 |
| **TOTAL DISBURSEMENTS** | $ 1,369,567.00 | $ 574,595.32 | $ 574,595.32 | $ 42,374.57 |

    4)  This case was originally filed under chapter 7 on 04/10/2014 . The case was pending for 28 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/28/2016         By:/s/Miriam R. Stein
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT - CHASE BANK | 1129-000 | 42,374.57 |
| **TOTAL GROSS RECEIPTS** | | **$42,374.57** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 4,987.46 | 4,987.46 | 4,987.46 |
| Associated Bank | 2600-000 | NA | 208.93 | 208.93 | 208.93 |
| LAW OFFICES OF WILLIAM J. FACTOR | 3210-000 | NA | 4,100.00 | 4,100.00 | 4,100.00 |
| LAW OFFICES OF WILLIAM J. FACTOR | 3220-000 | NA | 260.00 | 260.00 | 260.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,556.39 | $ 9,556.39 | $ 9,556.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 297871 Fort Lauderdale, FL 33329-7812 | | 150.00 | NA | NA | 0.00 |
| | American Express PO Box 297871 Fort Lauderdale, FL 33329-7812 | | 150.00 | NA | NA | 0.00 |
| | CMS c/o Wisconsin Physicians Serv. Ins. PO Box 1787 Madison, WI 53701 | | 569,441.00 | NA | NA | 0.00 |
| | CMS c/o Wisconsin Physicians Serv. Ins. PO Box 1787 Madison, WI 53701 | | 569,441.00 | NA | NA | 0.00 |
| | Experics, LLC 292 Old Dixie Highway Vero Beach, FL 32962-2947 | | 41.00 | NA | NA | 0.00 |
| | Iron Mountain PO Box 27128 New York, NY 10087-7128 | | 1,918.00 | NA | NA | 0.00 |
| | Palmetto GBA Railroad Medicare/RRB Specialty PO Box 10066 Augusta, GA 30999-0001 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Pioneer Credit Recovery 26 Edward Street Arcade, NY 14009 |  | 228,385.00 | NA | NA | 0.00 |
| 2 | CENTERS FOR MEDICARE & MEDICAID SERVICES | 7100-000 | 0.00 | 562,203.70 | 562,203.70 | 32,653.51 |
| 1 | EXPERICS, LLC | 7100-000 | 41.00 | 2,835.23 | 2,835.23 | 164.67 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 1,369,567.00 | $ 565,038.93 | $ 565,038.93 | $ 32,818.18 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-13409 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Miriam R. Stein |
| Case Name: | KENNEDY MEDICAL SERVICE CORPORATION | | | | Date Filed (f) or Converted (c): | 04/10/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/02/2014 |
| For Period Ending: | 07/28/2016 | | | | Claims Bar Date: | 10/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - CHASE BANK | 1,916.00 | 1,916.00 | | 42,374.57 | FA |
| 2. BOOKS | 750.00 | 750.00 | | 0.00 | FA |
| 3. USED CLOTHING | 200.00 | 200.00 | | 0.00 | FA |
| 4. MEDICARE PAYMENTS | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 5. MEDICAL LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTER | 600.00 | 600.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $12,466.00          $12,466.00          $42,374.57          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED AND APPROVED IN THIS CASE.
7/3/16 UPDATE - 2 CHECKS OUTSTANDING FOR $32,818.18.

Initial Projected Date of Final Report (TFR): 05/31/2016      Current Projected Date of Final Report (TFR): 05/31/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 14-13409 | Trustee Name: | Miriam R. Stein |
| Case Name: | KENNEDY MEDICAL SERVICE CORPORATION | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8689 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7049 | Blanket Bond (per case limit): | |
| For Period Ending: | 07/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/20/15 | 1 | Kennedy Medical Service Corp.<br>175 E. Delaware Place, Suite 5024<br>Chicago, IL 60611 | Debtor's Funds on Account | 1129-000 | $42,374.57 | | $42,374.57 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.35 | $42,352.22 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.95 | $42,289.27 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.85 | $42,228.42 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.78 | $42,165.64 |
| 06/22/16 | 101 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,987.46 | $37,178.18 |
| 06/22/16 | 102 | LAW OFFICES OF WILLIAM J. FACTOR<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Distribution | | | $4,360.00 | $32,818.18 |
| | | LAW OFFICES OF WILLIAM J. FACTOR | Final distribution representing a payment of 100.00 % per court order.       ($4,100.00) | 3210-000 | | | |
| | | LAW OFFICES OF WILLIAM J. FACTOR | Final distribution representing a payment of 100.00 % per court order.       ($260.00) | 3220-000 | | | |
| 06/22/16 | 103 | EXPERICS, LLC<br>290 OLD DIXIE HIGHWAY<br>VERO BEACH, FLORIDA 32962 | Final distribution to claim 1 representing a payment of 5.81 % per court order. | 7100-000 | | $164.67 | $32,653.51 |
| 06/22/16 | 104 | CENTERS FOR MEDICARE & MEDICAID SERVICES<br>150 S. INDEPENDENCE MALL WEST<br>SUITE 216-PLB<br>PHILADELPHIA, PA 19106 | Final distribution to claim 2 representing a payment of 5.81 % per court order. | 7100-000 | | $32,653.51 | $0.00 |
| | | | Page Subtotals: | | $42,374.57 | $42,374.57 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $42,374.57 | $42,374.57 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $42,374.57 | $42,374.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $42,374.57 | $42,374.57 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8689 - Checking | $42,374.57 | $42,374.57 | $0.00 |
|  | $42,374.57 | $42,374.57 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $42,374.57 |
| Total Gross Receipts: | $42,374.57 |

Page Subtotals:     $0.00     $0.00